22

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

ANTHONY WALL

VS.

TARGET CORP

NO. 25-14428

## NOTICE TO DEFEND-CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served. by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19401

(610) 279-9660, EXTENSION 201

2025-14428-0001 7/3/2025 3:40 PM # 14968116
Rcpt#Z4945745 Fee:$0.00 Complaint In
Main (Public)
MontCo Prothonotary

HF

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA.**

| | | |
|---|---|---|
| **Anthony A. Wall, Jr.** | : | |
| *Plaintiff* | : | |
| | : | |
| VS | : | NO. 25-14428 |
| | : | |
| **Target Corporation** | : | |
| *Defendant* | : | |

# VERIFIED COMPLAINT

## STATEMENT OF CLAIM

Petitioner, Anthony A. Wall, Jr. (herein, ***petitioner, plaintiff, he, him, his or Mr. Wall***) is a citizen of the State of Pennsylvania, at 140 Ivy Lane, King of Prussia, Pa., located in Montgomery County. Mr. Wall is sixty-eight (68) years old. Mr. Wall is the Founder and President of a non-profit corporation called Noēsis, located half a mile away from Target, at 140 Ivy Lane, King of Prussia, Pa. (URL: www.noesisproject.com). Noēsis has a global mission, to unify and modernize all human sustainability efforts. Mr. Wall is also a best-selling author. Mr. Wall's latest book, *The Human Injury,* was published on June 7, 2023, only two weeks after the below-described incident.

The defendant in this case is Target Corporation, (herein, Target, Respondent, they, or them), a Minnesota-based retail concern that operates 1900 stores. The events described herein occurred in the King of Prussia, Pa. store, located at 160 W. DeKalb Pike, King of Prussia, Pa., 19406.

**Petitioner requests a jury trial.**

**Prayer For Relief**

**Petitioner seeks compensatory and punitive monetary relief of more than $100,000, including reimbursement of ongoing treatment costs and attorney fees. Fully paid invoices for ongoing treatment are attached, along with multiple exhibits. The claims made in this complaint are accompanied by corroborating exhibits, without exception.**

**PRE-SUMMARY NOTES**

**Petitioner's original attorney, Jason Donaghue, was dismissed by Petitioner in January of 2025, due to Mr. Donaghue's total loss of support staff. A new attorney will make his or her Notice of Appearance at the proper time. Plaintiff does not require rapid resolution. The plaintiff attempted to resolve these matters in the weeks after the event.**

**There are post-event letters attached hereto. The Petitioner beckoned Target and Sedgwick multiple times to protect him from death threats issued by Plaintiff's juvenile assailant, Shane Cannon, while also describing the onset of neuro-psychiatric symptoms. These concerns were ignored and belittled by Sedgwick. Sedgwick and Target knew precisely who the assailant was (Shane Cannon), but would neither share it nor protect the Petitioner, despite continual urgent requests.**

**Target's Duty of Care to customers is implicit. That duty is amplified in the case of elderly and/or disabled shoppers, under the Americans with Disabilities Act (ADA). Mr. Wall is a senior citizen whose psychiatric concerns were in *full remission* for over a decade.**

**SUMMARY OF EVENTS.**

**The events described are accompanied by documented proof, in the form of multiple exhibits. Security evidence in this matter was long ago ordered to be preserved. A detailed floor plan attached (Exhibit A) traces the course of these events. Security evidence will align precisely with Exhibit A.**

**SPECIFICALLY:**

On the evening of Wednesday, May 24, 2023, Petitioner's vehicle pulled into the parking lot, just south of the Dekalb St. main entrance. The petitioner, Mr. Wall, was a regular shopper at the King of Prussia store. Mr. Wall has not returned to the store since the incident, as he remains barred from the store as of this writing.

The petitioner ascended the escalator. He retrieved a shopping cart (Item #1 on Exhibit A) and walked south, toward the grocery section. He stopped at the bathroom, (Item #3, Exhibit A).

Minutes later, petitioner can be observed moving west along the grocery aisles (Items #4,5,6, Exhibit A). A young man approached Petitioner from behind. This young man would later be revealed to be Shane Cannon, a juvenile delinquent with a history of violence. Mr. Cannon asked Petitioner, Mr. Wall, for help in the commission of a felony crime. The petitioner, Mr. Wall, was alarmed by the question. He verbally denied Mr. Cannon's request. The young man, Mr. Cannon, then headed west along the south wall.

CCTV evidence will show Petitioner verbally warning two nearby shoppers—a Caucasian woman and an African American woman. Petitioner's warning was protective in nature, in case the young man returned. The petitioner can then be seen leaving his shopping cart in the grocery section, to alert security.

Petitioner encountered the young man again. (Item #7, Exhibit A). Petitioner asked Mr. Cannon, "What are your intentions?"

Mr. Wall's question ignited bizarre and intensely violent verbal behavior in Mr. Cannon. (Item #8, Exhibit A).

- Unknown to Petitioner, Shane Cannon's girlfriend secretly filmed the event. Target was aware of Mr. Cannon.
- Petitioner was threatened multiple times with a physical beating, leading to death. Petitioner's repetitive cries for help were not answered.

MR. WALL ATTEMPTED TO REACH THE CASH REGISTER AREA, BUT NEVER MADE IT. (Items #8 and 9, Exhibit A).

- Mr. Cannon's verbal attacks were increasingly unhinged. He threatened Mr. Wall with violent death, over and over.

- Petitioner, Mr. Wall, encountered a Target employee, a young woman with dark hair, to protect her. She witnessed the event.

**THE PETITIONER FEARED FOR HIS LIFE, AS MR. CANNON ADVANCED. (Item 10, Exhibit A).**

- Mr. Wall turned to defend himself, as Mr. Cannon paced back and forth.
- Mr. Cannon's pacing behavior suggested an imminent attack.
- The petitioner could not rule out concealed weapons. Mr. Wall was warned that he was about to die.
- The petitioner had no choice but to physically neutralize Mr. Cannon.
- Petitioner NEUTRALIZED Mr. Cannon. No intent to HARM Mr. Cannon can be demonstrated.

**SECURITY PERSONNEL ARRIVED AT THE SCENE *AFTER* MR. WALL DEFENDED HIMSELF.**

- The Petitioner was aggressively accused of violence by the store manager and security personnel.
- Mistaking Mr. Wall as the aggressor meant that Mr. Wall's protectors became his tormentors.
- Mr. Cannon followed Petitioner down the escalator (Items 11 and 12, Exhibit A) as threats continued.
- Target security personnel took no action to protect petitioner despite multiple pleas.

**UPPER MERION POLICE ARRIVED.**

- Petitioner was treated with respect and dignity by the Upper Merion Police Department.
- Mr. Cannon continued his psychotic rant, as multiple officers looked on.
- Officer Carroll, of the Upper Merion Police Department, quantified the events without prejudice.
- Officer Carroll speculated that the incident was connected to a Tik Tok stunt.
- Officer Carroll was correct. Mr. Cannon's girlfriend filmed the event.

- Officer Carroll can be heard thanking Petitioner, Mr. Wall, for an honest description of events.

TARGET MALICIOUSLY DEMANDED THAT PETITIONER BE CHARGED WITH A CRIME

- Target store manager insisted that Officer Carroll issue a citation to Mr. Wall.
- Malicious charges made by Target against Petitioner were withdrawn months later.
- Upper Merion Police (Officer Carroll) called Plaintiff's actions heroic.
- Mr. Wall's multiple requests for assistance were belittled by Sedgwick's Kevin Parkin.
- Target scapegoat Mr. Wall to protect itself. There is no conjecture on this matter. This event was completely hidden from the public. Mr. Wall was charged with a summary offense, for physically neutralizing a minor.
- Mr. Wall was wrongly accused, denied protection, maliciously charged, banned forever from the store, and left alone to descend into emotional ruin.

FOURTEEN MONTHS LATER (JULY 2024), SHANE CANNON FLUNKED OUT OF "YOUTH ADJUDICATION PROTOCOL" (YAP).

- CANNON WAS CHARGED AS AN ADULT FOR THE TARGET EVENT.
- CANNON'S EXPULSION LOST HIS HIPPA PROTECTION RIGHTS.
- CANNON WAS FOUND GUILTY BY PETITIONER'S DIRECT TESTIMONY (Sept. 2024)
- CANNON'S HISTORY OF VIOLENCE WAS REVEALED IN COURT

---

# CAUSATION

## Plaintiff, Mr. Wall, bears the burden of demonstrating direct causation. Mr. Wall can

**easily do so, by the introduction of direct evidence, in abundance. The mere occurrence of an event, no matter its effect, does not yield actionable causation. The outrageous aftermath of this event, from the moment that security personnel egregiously misinterpreted it, is a study in WHAT NOT TO DO.**

**Within days, Mr. Wall displayed neuro-psychiatric behaviors that were glaringly misaligned with behaviors prior to the incident. The disparity, moreover, increased with time. All of Mr. Wall's professional associates expressed concern, several of them in writing. An attached Exhibit shows two examples.**

**Petitioner, Mr. Wall, entered the store on May 24, 2023. His life circumstances on that day were uniformly upbeat, and even ideal. As just one example, Mr. Wall looked forward to a June 7, 2023, publication of a best-selling book. (*The Human Injury: A Species in Crisis,"* ISBN 0798397477611). Exhibit A-1. Mr. Wall was by then a globally respected social scientist, a humanitarian non-profit founder and president, an expert in critical**

thinking. Two weeks after this event, Mr. Wall would become a best-selling author, and yet, unable to capitalize on the success he had earned, due to the Target event.

The Target Incident collapsed Mr. Wall's emotional spirit, while exacerbating psychiatric concerns that were in full remission. Mr. Wall spent the last two years fighting documented emotional collapse.

Petitioner displayed severe and diverse symptoms of Post-Traumatic Stress Syndrome. Mr. Wall, far from capitalizing on this event, remained in full denial of any concern. Within weeks, however, Plaintiff placed in writing to his General Practitioner, (Joseph McAllister, Jefferson Health), a request for a referral to a mental health professional. These early communications (June and July of 2023) are attached hereto.

Subjectivity of PTSD symptoms is often cited as a defense. It cannot be demonstrated here. The plaintiff had NO stressors prior to the May 24 event.

Petitioner lost the ability to capitalize on June 7, 2023, book launch, due to advancing symptoms. Book signings, interviews, podcasts, all these opportunities lessened by plaintiff's inability to respond to opportunities. Diagnostic and Treatment documents in support of same are attached.

Pre-existing psychiatric maladies, all of them in full remission for over a decade, were dangerously exacerbated by the Target event. Attached are notes from Mr. Wall's physician, dictated on august 8, 2023. "Adjustment Reaction" was diagnosed. Several existing psychiatric maladies were awakened by the event. These include Bi-Polar II Depression and Adult ADD. Mr. Wall's ability to answer to growing opportunities (book sales and fundraising) were reduced from fully robust to non-existent. Donations to Petitioner's 501c3 non-profit fell precipitously. Treatment documents that cite the Target event as the sole contributor are attached.

Mr. Wall was diagnosed with Acute- and then Chronic PTSD by two separate professionals, each

unaware of the others, neither of whom had any contact with the other on this date. Mr. Wall's physician and his PTSD therapist have never met, nor have they ever spoken to one another, as of June 23, 2025.

After the event, Petitioner was denied access to his assailant's identity, due to HIPPA constraints. Target and Sedgwick knew the assailant's identity. Sedgwick reported the assailant's age, but nothing more. Petitioner's hyper-vigilant symptoms were worsened, as his requests for protection were ignored.

In September of 2024, Plaintiff successfully testified against his Target assailant. The petitioner, Mr. Wall, was by then the sole crime victim. The Target event and its complications had by then largely overwhelmed Plaintiff. Target's arrogance, at the expense of Plaintiff's professional downfall, is untenable.

LIST OF EXHIBITS

Exhibit A

A detailed floor plan of the King of Prussia, Pa. Target store. The numbers highlighted in yellow precisely match the above, written description of the event. Target Corp. uses the world's most sophisticated security systems, including CCTV and facial recognition software. These systems will allow Target to quantify the bizarre, repetitive, and intensely violent nature of Mr. Cannon's promise to kill the Petitioner.

## Exhibit B

Petitioner filed a Praecipe for Summons, delivered to Target on May 24, 2025. FedEx proof of delivery is included. It successfully froze the Statute of Limitations.

## Exhibit C

This is a list of Petitioner's current medication schedule. These medications were prescribed twenty (20) years ago. Mr. Wall's pre-existing illnesses were in full remission. Mr. Wall's

success in later life, due to full remission, was and remains remarkable. Severe PTSD symptoms, inarguably related to this described event awakened these fully latent illnesses, and directly caused financial, emotional and neuro-psychiatric degradation.

## Exhibit D

Plaintiff dismissed former attorney, Jason Donaghue, in November 2024. Mr. Donaghue acknowledges his termination in this attached letter. The plaintiff dismissed Mr. Donaghue. Mr. Donaghue's resentment of his dismissal is on display. He promises to shred documents in thirty (30) days. The standard for shredding documents is seven (7) years. Mr. Donaghue was informed of this. Another attorney will make an Entry of Appearance, when chosen.

## Exhibit E

Sedgwick's across-the-board denial of the earliest attempts to settle this matter is on display here. Kevin Parkin recklessly explains that Target neither

**CAUSED nor CONTRIBUTED to Mr. Wall's documented breakdown. Target did not CAUSE the event to happen. Rather, the event was severely mishandled from its inception, and more so in the months ahead. This direct (absolute) causation saw Mr. Wall descend into personal and professional financial ruin.**

## Exhibit F

**Diagnoses and Treatment notes deteriorated significantly between March of 2024 and December of 2024. Plaintiff's global non-profit mission was in ruins by the Target event. Mr. Wall's globally expanding recognition as a social scientist, best-selling author and critical thinker was reduced to "fragmented thought patterns" in this Diagnosis and Treatment document, dated December 19 of 2024.**

## Exhibit G

**These are Plaintiff's fully paid bills for ongoing treatment, Chronic PTSD (F43.12), related to Target event, noting exacerbation of pre-existing**

conditions. Plaintiff's ADHD treatment appointments increased by 50%. Worsening PTSD symptoms exceeded Plaintiff's ability to manage them. The plaintiff has been in treatment for 22 months. Financial hardship caused brief interruptions in treatment.

## Exhibit H

*Plaintiff remains barred from Target stores*. In July of 2024, Shane Cannon was revealed to be Mr. Wall's assailant, after Mr. Cannon flunked out of Juvenile Protocol. It required fourteen months for the Petitioner's reputation to be fully cleared. Mr. Wall was now recognized as the sole crime victim, rather than the aggressor. Target's immediate and ongoing abandonment is a "Homecoming Event." Target has a Duty of Care. That duty was breached by an overzealous security response that labelled Mr. Wall as a violent offender. Plaintiff's protector (Target) is and remains Plaintiff's tormentor. Mr. Wall remains financially broken, personally and professionally.

## Exhibit I

In November of 2024, Petitioner inventoried ongoing symptoms in email exchanges with therapist Antonietta Delli Carpini. These were then corroborated in full by Ms. Delli Carpini on December 19, 2024, in writing, in a Diagnosis and Treatment Plan. The petitioner's breakdown was now complete. A psychological evaluation will be added to these exhibits. A fully random event in the King of Prussia Target store, coupled with an egregious mishandling of the event by security, had and continues to have sweeping effects.

Exhibit J

Multiple associates that collaborated with petitioner praised his compensatory efforts after the May 24 event, but also warned of advancing PTSD symptoms, in writing. These letters describe a precipitous decline in petitioner's ability to perform professional duties. It should be noted that these professionals have never met Mr. Wall. Cindy Metzler, President of OMM Media, and Kassie Meiler, President of GOAT social media wrote these support letters, with a deeply caring tone.

## Exhibit K

**Petitioner's non-profit status was lost. The petitioner was unable to accept donations for eighteen (18) months. The IRS restoration process requires three to six months. Mr. Wall's marked inability to focus, due to diverse and growing PTSD symptoms, coupled with psychiatric complications from pre-existing conditions exacerbated by event, lengthened the tax-exemption restoral process by a factor of 3x normal (eighteen months) Mr. Wall was and remains financially broken, inarguably linked to this event, both personally and professionally.**

## Exhibit L

**After twelve (12) months in PTSD therapy, Petitioner's physician diagnosed "Adjustment Disorder" <u>for the first time in August of 2023, and a second time in September of 2024</u> (F43.2). *Petitioner was not responding to PTSD treatment, due to exacerbation of pre-existing depressive disorder and Adult ADD*. To compensate,**

petitioner's ADD medication was doubled, from 20mg XR to 40mg XR. The petitioner's physician will testify that these pre-existing disorders were in a decade-long remission prior to the Target event.

## Exhibit M

By November 2024, Sedgwick was contacted by Petitioner's since-dismissed attorney, Jason Donaghue. Sedgwick's Kevin Parkin once again belittled Petitioner's expansive concerns. Mr. Parkin parroted the same message as a year earlier: "The mere happening of an occurrence within or upon the premises does not give rise to liability." Mr. Parkin nevertheless requested updated information. This was the first time that Target or its agents showed interest in developing psychiatric concerns.

## Exhibit N

Petitioner's best-selling book (The Human Injury) was released on June 7, 2023, two weeks after the Target event. As the Founder and President of a thriving humanitarian non-profit, Mr. Wall was

approaching the pinnacle of success. Petitioner had already invested $2,000,000 into humanitarian non-profit work (noesisproject.com). Instead of answering opportunities for interviews, podcasts, speaking engagements and book signings, Mr. Wall's emotional health was deteriorating. Mr. Wall reached out for help from his physician a week later. The book nevertheless achieved #1 best-selling status, in three (3) separate non-fiction categories.

## Exhibit O

Despite the Petitioner's 60-hour work week, Mr. Wall is financially crippled on all fronts. Attached is Mr. Wall's personal checking account ($3.76), Mr. Wall's non-profit's (Noesis) checking account ($122.76) and credit card balance ($7,942.00). Mr. Wall nevertheless continues to pay bills on time and has yet to bounce a check in 6 years. Petitioner's credit rating collapsed from 740 to 579 over the course of six (6) months, due to delinquent payments. This downfall, from ROBUST to CRIPPLED, corresponds directly with the traumatic event at Target, when Mr. Wall was identified as a

perpetrator, maliciously charged with a crime, left unprotected from a violent offender, and barred from Target.

## Exhibit P

Social Media efforts were curtailed at 14,000 followers, two years ago, due to Petitioner's inability to respond to explosive growth. By extrapolation, followers would have expanded to 75,000 to 90,000 as of this writing. The Target event and its residual trauma fully arrested Mr. Wall's explosive success, financially crippling both him and his humanitarian efforts.

## Exhibit Q

June 26, 2023, letter, requesting that all evidence in this matter be sequestered and preserved. Petitioner also requested a professional lip reader, so that the intensity of verbal violence could be properly quantified. Petitioner absorbed no less than 8-10 explicit verbal threats from Shane Cannon that promised to beat Petitioner to death.

# Exhibit R

**This exhibit proves that Plaintiff made an urgent request within weeks of the May 24, 2023, incident to be matched with a mental health professional in his healthcare group, Jefferson Group. By July 15, 2023, Mr. Wall detailed the immensity of developing symptoms. By July 7, 2023, Mr. Wall reported full-blown symptoms, still requesting a referral from his GP.**

**END**

Respectfully Submitted

Anthony Q. Wall, Jr.

**VERIFICATION**

I verify that the statements made in this Premises Liability Lawsuit are true and correct to the best of my knowledge, and belief. I understand that false statements made herein are subject to the penalties of 18 PA. C.S, Subsection 4904, relating to unsworn falsification to authorities.

Date: June 30 2025

Signature

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: ANTHONY A WALL, JR

Signature: Anthony A Wall, Jr

Name: Anthony Wall

Attorney No. (if applicable): N/A

# Exhibit A

Floor Plan
King of Prussia, Pa

2025-14428-0001 7/3/2025 3:40 PM # 14968117
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit A (Public)
MontCo Prothonotary




Events of May 24, 2023

1. Arrived at store 5/24 1710 Hrs
2. Retrieved Shopping Cart
3. Proceeded South / Stopper at R/R
4. Placed 24 Protein Drinks in cart
5. Aisle 1 / Groceries
6. Produce / Selected Avocados
7. Approached by young man (Alerted Shopper 1 & 2 of Danger
8. Left Shopping cart to go to secur
9. Encountered young man Verbal threats Began
10. Pleading For Help

☆ POINT OF CONFLICT
NO HELP; TURNED toward
- Delivered 3 punches Attacker
- Subded Attacker
- Security Arrives

11 Escorted From Store




1 Arrived at store 5/21 0710 Hrs
2. Retrieved Shopping Cart
3. Proceeded South / Stopped at R/R
4. Placed 24 Protein Drinks in cart
5. Aisle 1 / Groceries
6. Produce Selected Avocados
7. Approached by young man (Alerted Shopper 1 & 2 of Danger

8. Left Shopping cart to go to secur
9. Encountered young man Verbal threats Began
10. Pleading For Help
☆ Point of [illegible]
NO HELP; TURNED toward
- Delivered 3 punches Attacker
- Subded Attacker
- Security Arrives
11 Escorted From store

Map

# Exhibit A-1

- Petitioner, Mr Wall, was at the pinnacle of success on May 24, 2023
- Book was published 2 weeks AFTER the event
- Petitioner unable to Respond, due to PTSD (severe) Event-Related Target Store Assault
- Petitioner's Non-profit humanitarian efforts were erased by this event.
- Book achieved "Best Selling"
  - Ethics
  - Socio-mathematics
  - Philosophy

EXHIBIT A-1




ISBN: 9798397477611
Publishing Date: 06/04/2023

The Bookish Elf

**The Human Injury – A Species in Crisis, by Anthony Wall**

"The Human Injury" is a profound exploration of humanity's current challenges, within the context of our evolutionary past. With a blend of scientific research, personal anecdotes, and historical analysis, Wall navigates the complex tapestry of human behavior.

One of the book's central arguments is that humanity has become desensitized to the growing calamities surrounding us. Wall describes the immensity of normalized human degradation. A deep sense of helplessness has invaded the collective human psyche. This unchecked encroachment has no visible conduit to human sustainability.

Wall's keen insights shed light on the significance of evolutionary knowledge we now have in great abundance, as a tool for understanding our true nature. Wall reveals how past human cultures, lacking any DNA-based template for acquisitive behavior, were destined to perish with mathematical precision. Modern humanity, for the first time, can reclaim the collaborative spirit that allowed our ancestors to survive. Wall gets straight to the matter. All humans on Earth are like and equal beings, born to seek communion, born to collaborate, born to help what is helpless.

Mr. Wall describes the immense influence of our evolutionary past on modern behavior, deeply rooted, fully invisible human compulsions that crowd out rational thought. These ancient relics search for long-dead predators. Wall describes a raging battle between ancient instincts and the modern human experience. Mr. Wall modernizes, *The Human Condition*. The "mother of paradox" is revealed. The protective compulsions that ensured our ancient ancestors' survival now combine to impede a path to human sustainability.

Wall rejects outright any notion of dystopia. He instead imparts a sense of urgency and a call to action. He asks humanity to abandon false bravado and confront our reality through a starkly realistic lens. He asks us to realize the exquisite rarity of human existence, to then preserve ourselves. Wall's conviction is unwavering. An emotionally exhausted humanity will perish by its inaction if it fails to embrace the knowledge available to us.

"The Human Injury" takes historians to task. The failure of past human cultures was never a complex phenomenon, but rather, a study in mathematical precision. Situational analysis of human events has no utility, should the underlying, invisible, and now **knowable** triggers of human failure remain unexplored.

At the heart of "The Human Injury" lies a pivotal event. The evolutionary crossover from migratory to stationary lifestyles short-circuited evolutionary chemistry. The crossover gave rise to acquisitive behavior, creating a socio-mathematical constant of inequality, and its only arrival point--mindless, monetized perpetual conflict. Humanity will not survive what it cannot see.

Wall takes an unblinking look at the concept of capitalism. It's the **only choice** for a sentient being. The unnatural hierarchies it creates, however, are uniformly deadly. In "The Human Injury," Anthony Wall displays his passion for human sustainability, through his non-profit organization, *Noēsis*. His commitment is palpable throughout the book, as he exposes the evolutionary motivators behind modern behavior, providing a platform for dialogue and change.

In conclusion, *"The Human Injury" is an enlightening and essential book that challenges us* to confront the profound implications of our evolutionary past on our present and future. Wall's compelling arguments and insights resonate deeply, urging us to break free from normalized calamity, and strive for a sustainable existence. A watchful but indifferent universe will dispose of any inefficiency it finds. Wall encourages what may be the rarest creature in the galaxy to actively work towards preserving itself in the face of immense challenges.

4

# Exhibit B

✓ Praecipe For Summons
✓ FedEx Delivery / 5/24/25

2025-14428-0001 7/3/2025 3:40 PM # 14968318
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit B (Public)
MontCo Prothonotary

(2)

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Montgomery County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: 25-14428 | |

The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

**SECTION A**

Commencement of Action:
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name: Anthony C. Wall, JR

Lead Defendant's Name: TARGET CORP

**Are money damages requested?** ☒ Yes ☐ No

Dollar Amount Requested: (check one) ☐ within arbitration limits ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: ______

☒ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**

Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

2025-14428-0000 5/22/2025 3:18 PM # 14911417
Rcpt#2025-13-00812 Fee:$290.00 Summons Civil Action
Main (Public)
MontCo Prothonotary

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

ANTHONY WALL :

VS. : NO. 25-14428

TARGET CORP :

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

Writ of Summons shall be forwarded to ☐ Attorney / ☒ Sheriff

Date: May 22, 2025

Anthony A Wall, Jr
Signature/ID Number

ANTHONY A WALL, JR
Print Name

140 Ivy Lane
Address

King of Prussia, Pa 19406

WRIT

TO: TARGET CORP STORE 2892 160 W. DeKalb Pk King of Prussia, Pa 19406

You are notified that the Plaintiff(s) has / have commenced an action against you.

N-M-

SEAL

Noah Marlier, Prothonotary

Date: 5-22-25

By: Joe Cruz
Agent / Deputy

Addresses must be included for all parties.

(6/02)

FedEx

June 20, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 881490914142

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | K.Ann | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Saturday Delivery | | KING OF PRUSSIA, PA, |
| | | **Delivery date:** | May 24, 2025 11:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 881490914142 | **Ship Date:** | May 23, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

KING OF PRUSSIA, PA, US,

**Shipper:**

KING OF PRUSSIA, PA, US,

Statute of Limitations Preserved

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

7

# Exhibit C

Pre-Existing illnesses exacerbated
-Bi-Polar II
-Adult ADD

2025-14428-0001 7/3/2025 3:40 PM # 14968319
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit C (Public)
MontCo Prothonotary

HF

Name: Anthony A Wall | DOB: 12/24/1956 | MRN: 402032199 | PCP: Joseph C McAllister, MD | Legal Name: Anthony A Wall

# Medications

## Current Medications

Please review your medications and verify that the list is up to date. If a medication is unavailable for refill, please send a Non-Urgent Medical Question message.

### amphetamine-dextroamphetamine XR 20 mg 24 hr capsule

Commonly known as: ADDERALL XR

Take 2 capsules (40 mg total) by mouth every morning.

No refills remaining. Refill requests will be sent to your provider for approval.

increased from 20mg to 40mg Post-Event Unable to Focus

**Prescription Details**

Prescribed June 5, 2025

Approved by Joseph McAllister, MD

**Refill Details**

Quantity 60 capsules

Day supply 30

**Pharmacy Details**

CVS/pharmacy #2688 - COLLEGEVILLE, PA - 55 PARK AVE. AT CORNER OF ROUTE 29

55 PARK AVE., COLLEGEVILLE PA 19426

610-409-2608

### ALPRAZolam 0.5 mg tablet

Commonly known as: XANAX

Increased from 1.5 to 2.0

Take 1 tablet (0.5 mg total) by mouth 4 (four) times a day.

3 refills before November 19, 2025

**Prescription Details**

Prescribed May 23, 2025

Approved by Joseph McAllister, MD

**Refill Details**

Quantity 120 tablets

Day supply 30

**Pharmacy Details**

CVS/pharmacy #5898 - AUDUBON, PA - 2801 EGYPT RD

2801 EGYPT RD, AUDUBON PA 19403

610-666-0512

## QUEtiapine XR 300 mg 24 hr tablet

Commonly known as: SEROquel XR

TAKE 1 TABLET BY MOUTH EVERY DAY — Pre-existing Condition Bi Polar II Aggravated Exacerbated

3 refills before April 6, 2026

**Prescription Details**

Prescribed April 6, 2025

Approved by Joseph McAllister, MD

Prescription number 2408477

**Refill Details**

Quantity 90 tablets

Day supply 90

**Pharmacy Details**

CVS/pharmacy #2688 - COLLEGEVILLE, PA - 55 PARK AVE. AT CORNER OF ROUTE 29

55 PARK AVE., COLLEGEVILLE PA 19426

610-409-2608

## buPROPion XL 300 mg 24 hr tablet

Bi Polar II

Commonly known as: WELLBUTRIN XL

TAKE 1 TABLET (300 MG TOTAL) BY MOUTH EVERY MORNING.

3 refills before July 9, 2025

**Prescription Details**

Prescribed July 9, 2024

Approved by Joseph McAllister, MD

Prescription number 2316956

**Refill Details**

Quantity 90 tablets

Day supply 90

**Pharmacy Details**

CVS/pharmacy #2688 - COLLEGEVILLE, PA - 55 PARK AVE. AT CORNER OF ROUTE 29

55 PARK AVE., COLLEGEVILLE PA 19426

610-409-2608

## mecobalamin, vitamin B12, 1,000 mcg tablet,disintegrating

Place 1 tablet (1,000 mcg total) under the tongue every morning.

Prescription expired on August 18, 2022. Refill requests will be sent to your provider for approval.

**Prescription Details**

Prescribed August 18, 2021

Approved by Igor Porotov, MD

**Pharmacy Details**

CVS/pharmacy #5898 - AUDUBON, PA - 2801 EGYPT RD

2801 EGYPT RD, AUDUBON PA 19403

610-666-0512

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# EXHIBIT C 1

. Early attempts to settle this matter were IGnored.

. Evidence requested to be preserved

cctV etc.

June 26, 2023

Early attempt to Resolve issue no desire to sue My request was belittled by Sedgwick

Target Corporation

160 West Dekalb Pike

King of Prussia, Pa. 19406

CC: Target Headquarters; Manhattan

Target Headquarters; Minneapolis

Kevin; Sedgwick Claims Management Services; Minneapolis; Case #188476H

Noēsis Board Members

Dear Sir or Madam:

This letter is a follow up to my original letter, which described an assault event in your King of Prussia, Pa. store, one that took place on the evening of Wednesday, May 24, 2023. For more, please refer to the above-captioned case number. A copy of this communication is also directed to Kevin ( ) from Sedgwick. It is my understanding that Sedgwick is the TPA firm selected by Target to investigate the referenced incident. As of this writing, I have already communicated with Kevin, who explained that an investigation is underway.

I've included additional information herein, specifically, a copy of a ***Disorderly Conduct*** citation, issued in the wake of the May 24 event. The fact that this citation was filedreceived fully one month after the incident is problematic. Specifically, **Target Corporation** has taken no steps whatsoever to defend the fully appropriate actions I was forced to take in its store on that evening. I respectfully but correctly fear that Target's handling of this event grows ever sloppier.

As a public figure, a best-selling author and a widely recognized humanitarian presence, I am endangered by these events until they are fully resolved. Should these concerns not be properly handled, an attorney will be summoned to take over. For now, to be 100% clear, Target is dealing directly with me, and with the Board of Directors to whom I answer.

My original letter insisted upon the inspection of all available evidence in this case. I now reiterate that request, but I do so this time with growing urgency. Only a full examination of evidence will prove my actions on that evening to have been completely appropriate. My life was verbally threatened

innumerable times. I stress, ***innumerable times***. I showed great restraint in the face of mounting danger. With this true, I now face an official accusation of wrongdoing from Upper Merion Police Department. I will not and can not abide dispersions of any kind on my character, whether professionally or personally. The very idea that I entered your store that evening to engage in public fighting is preposterous.

The recent escalation of this case is an occasion to expand upon my respectful requests, as follows:

- Please secure and deliver all available evidence in this case, for the express purpose of my defense. Target Corporation will be notified of the trial date that I've requested. It would appear that my actions of self-defense and heroism have now morphed into a need to further defend myself, in the full absence of Target's request to do so.

- I remain in DANGER after-the-fact from the young man who approached me on that evening, with an open invitation that I help him to steal TV's from your store. I watched that young man descend into a psychotic breakdown. His whereabouts remain completely unknown to me. What legal penalty was assigned to that young man after the incident? How can I protect myself from a person who threatened me AFTER the incident, as Target employees did nothing?

- With the results of this outrageous citation pending, I'm exposed to a frivolous lawsuit from the family of the young man I was forced to subdue, a young man who may have beaten, stabbed or shot me had I not taken actions in defense of my person.

My first letter was an attempt to bring this incident into full view and keep it there. ***Imagine my concern as this case further devolves.*** I urge Target Corporation to disallow the further degradation of these matters.

Meanwhile, I have filed a ***"Not Guilty"*** plea to a Disorderly Conduct charge in the Borough of Bridgeport. I await communication on these new concerns and on these new requests.

Sincerely,

Anthony A. Wall, Jr.

Founder and President, Noesis

# Exhibit D

- Plaintiff's original Attorney Dismissed Nov 2024
- attorney Donaghue lost his support staff
- New attorney will enter an order of appearance

2025-14428-0001 7/3/2025 3:40 PM # 14968320
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit D (Public)
MontCo Prothonotary

LAW OFFICES OF
DONOGHUE & PICKER

JASON G. DONOGHUE, SR.
jason@jdbplaw.com

Via USPS and Certified Mail

Anthony Wall
140 Ivy Lane, Suite 2
Norristown, PA 19406

[illegible]

RE: Wall v. Target
DOA: 05/24/2023
Withdrawal of Representation

Dear Mr. Wall,

→ Petitioner Dismissed Attorney

As per your email dated November 22, 2024, kindly be advised that this firm no longer represents you in your Civil Matter involving an incident in Target of King of Prussia on May 24, 2023. At your request, we are formally withdrawn from the case. Please be advised that, per [illegible] 42, in Pennsylvania you have two years from the date of incident to file a lawsuit for same. This means you have until May 24, 2025, to seek counsel through another attorney and file a lawsuit pursuing the case. Be guided accordingly.

You have thirty (30) days from the date of this letter to retrieve your physical file from our office. Thereafter, your file will be shredded and disposed of.

Very Truly Yours,

*By: /S/ Jason Donoghue Sr. mlk*
Jason G. Donoghue, Sr., Esq.

JGD/mlk

3

# Exhibit E

2025-14428-0001 7/3/2025 3:40 PM # 14968321
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit E (Public)
MontCo Prothonotary

Outlook

RE: Target Case #188476H

From Parkin, Kevin <Kevin.Parkin@sedgwick.com>
Date Wed 7/19/2023 4:05 PM
To tony noesisproject.com <tony@noesisproject.com>

Hello Mr. Wall,

I have revisited your case and unfortunately I have to uphold my denial on your claim. No payment will be issued as Target did not cause or contribute to the incident. The trespass was issued by the store and I am not able to rescind it.

Thank you,

* We'll see. This statement is preposterous. TARGET'S actions after the fact were RUINOUS

Kevin Parkin Claims Examiner
P.O. Box 14453, Lexington, KY 40512-4453
Direct 612-313-2359 Fax 800-922-9165
For real-time information, please access your claim on mySedgwick.com.
www.sedgwick.com *Caring counts*℠
C. Guzman, Qualified Manager, CA License #2B88261
Sedgwick Claims Management Services, Inc., CA License #2549023

See P. 2 →

**From:** tony@noesisproject.com <tony@noesisproject.com>
**Sent:** Tuesday, July 18, 2023 3:41 PM
**To:** Parkin, Kevin <Kevin.Parkin@sedgwick.com>
**Subject:** Target Case #188476H

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Kevin:

Target's conclusions on the above matter are technically flawed on multiple fronts, and they will therefore not be considered. I choose a bullet-point format for efficiency:

--You explained that all evidence was requisitioned and reviewed. It showed no wrongdoing on my part. The event nevertheless lacks escape velocity for further consideration. That means that the verbal violence was not quantified. It must be quantified in full, as requested, or none of Target's conclusions will be considered.

--My correspondences are in writing. Target's conclusions are verbal. They must be **in writing**, as requested. Target's decision to bar me from the King of Prussia store is damaging to my spotless reputation. The order must be **officially rescinded**, in writing. No residual concerns within the King of Prussia community will be tolerated, nor will they be allowed to impede my successful defense of a Disorderly Conduct charge.

--Your invitation to use other Target stores is **dismissive** of my written concerns. I choose the King of Prussia store, and no other. No consolation of any kind will be considered, unless it is in writing,

and agreed upon by both parties.

--The age of the young man who, 1. beckoned me to commit theft, and then, 2. threatened me repeatedly with death, is known to you. You stated his age--14 years old. My right to defend myself is a constant. The young man's age is irrelevant. The young man is a juvenile delinquent, an admission that he cannot manage his own affairs. Target's dismissal of my written safety concerns continues. No insult of this nature will be tolerated.

--Please consider the following written description of ongoing emotional stress, a verbatim report made to my physician after the May 24 event. Feel free to contact **Dr. Joseph McAllister**, a member of the Jefferson Health Group, in Abington, Pa. When you do, any decision to discount the emotional residue of this horrific incident will be reconsidered. Target will display proper stewardship of its stated mission, or a civil lawsuit will ensue.

*Dr. McAllister:* Mr Wall's Physician

*Please consider these symptoms. The following concerns began to manifest after a May 24 incident at a Target Superstore in King of Prussia, Pa. This highly documented but fully-suppressed event saw my life being threatened multiple times by a complete stranger, a deranged patron who was later detained. During this event, I legally and correctly defended myself. My actions were deemed correct and appropriate.*

*The following symptoms were delayed for several days. They then began to worsen. Consider:*

June 2023

*--Sleep disturbance; increased irritability.*
*--Concentration/Focus difficulty. "Brain fog."*
*--Hyper-vigilance. A persistent "unsafe' feeling. Free-floating anxiety; occasional crying.*
*--Increased alcohol intake (3-4 alcohol drinks per week to 7-8).*
*--Flashbacks; Reliving the Event.*
*--Avoidance Behavior; Increased Isolation; Professional obligations rescheduled or postponed.*

*Further, Dr. McAllister, online therapeutical services (Betterhelp.com) were investigated, but are not qualified to diagnose. To be clear, I was randomly and suddenly placed into physical danger. I was forced to neutralize a dangerously violent stranger, the aftermath of which left me badly shaken. My growing schedule must be maintained, but these emotional concerns are shrinking my capacity to respond. I request an expedited appointment and a referral.*

*A. A. Wall, Jr.*
*610-283-5025*

---

Target Corporation is free to continue diminishing this incident, or it can show proper stewardship of its own mission. I await your written response. Thank you.

**Anthony A. Wall, Jr.**
Founder and President

# Exhibit F

9/2023 Initial Diagnosis
3/2024 Diagnosis Bad
12/2024 Diagnosis Worse

2025-14428-0001 7/3/2025 3:40 PM # 14968322
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit F (Public)
MontCo Prothonotary

A · D · C
wellness

ADC Wellness, LLC
(203) 654-9072
adellicarpiniwellness@gmail.com

9/18/2023

To Whom it May Concern:

**Summary:** The client, Anthony Wall, 12/24/1956, presented to treatment with this writer to address symptoms related to the incident that occurred on May 24, 2023. Following the incident, the client reports sleep disturbance (difficulty falling asleep and staying asleep), avoidance of work commitments, intrusive symptoms such as nightmares and intrusive thoughts of the event, negative alterations in cognition (difficulty concentrating and fragmented thought pattern), hyper vigilance and an increased startle response, as well as changes in mood (irritability, feelings of emotional overwhelm, tearfulness, depression, and anxiety).

**Diagnosis:** The above symptoms are consistent with a diagnosis of Post Traumatic Stress Disorder (309.81)

**Treatment Plan:** Weekly individual trauma-centered psychotherapy to address symptoms of PTSD.

Sincerely,

ADelli Carpini 9/18/2023

Antonietta Delli Carpini, MA, LPC, RDT

A · D · C
wellness

3/11/2024

To Whom it May Concern:

**Summary:** The client, Anthony Wall, DOB 12/24/1956, has been in treatment with this writer since 9/13/2023. The client presented to treatment following an incident that occurred at Target on May 24, 2023, wherein, as the client described to this writer, a young man approached him to ask if client would help him steal a TV. Client first walked away, and later confronted to young man to ask what he planned to do prior to looking for security, at which point the young man began to violently threaten Mr. Wall until Mr. Wall felt it necessary to physically subdue the boy with three punches in order to secure his own physical safety, which this boy continued to violently and vociferously threaten.

Client presented with symptoms of sleep disturbance, avoidance of work commitments, isolation, nightmares, intrusive memories of the traumatic incident, negative alterations in cognition, hyper vigilance, depression, anxiety, and self-medicating with alcohol.

The client has been compliant with weekly trauma-centered psychotherapy since the start of treatment. Symptoms have significantly reduced since start of treatment. Client has not reported nightmares for several months, has decreased avoidance and isolation, and reports a generally positive mood; client reports that hyper vigilance, anxiety, and negative alterations in cognition still cause clinically significant impairments in daily life.

**Diagnosis:** Post Traumatic Stress Disorder (309.81), Attention Deficit Hyperactive Disorder (Diagnosed by a previous practitioner)

**Treatment Plan:** Continued weekly individual trauma-centered psychotherapy to address symptoms of PTSD

If you have any questions of concerns, please feel free to contact me.

Sincerely,

ADelli Carpini LPC, RDT

Antonietta Delli Carpini, MA, LPC, RDT
ADC Wellness, LLC
(203) 654-9072
adellicarpiniwellness@gmail.com

A · D · C
wellness

ADC Wellness, LLC
(203) 654-9072
adellicarpiniwellness@gmail.com

12/19/2024

To Whom it May Concern:

**Summary:**

The client, Anthony Wall, 12/24/1956, presented to treatment with this writer to address symptoms related to the incident that occurred on May 24, 2023. Following the incident, the client reports sleep disturbance (difficulty falling asleep and staying asleep), avoidance of work commitments, intrusive symptoms such as nightmares and intrusive thoughts of the event, negative alterations in cognition (difficulty concentrating and fragmented thought pattern), hyper vigilance and an increased startle response, as well as changes in mood (irritability, feelings of emotional overwhelm, tearfulness, depression, and anxiety). Client had a prior history of Bipolar II Disorder that had been well managed with medication for years prior to this incident.

The client has been active and engaged in weekly trauma-centered psychotherapy since presenting to treatment, and has since seen a reduction in hyper-arousal symptoms, avoidance symptoms, and sleep disturbance. We continue to work on the negative alterations in cognition and changes in mood that have developed as a response to the trauma.

**Diagnosis:** The above symptoms are consistent with a diagnosis of Post Traumatic Stress Disorder (309.81)
Bipolar II Disorder (296.89) diagnosed by previous provider
ADHD (314.02) diagnosed by previous provider

**Treatment Plan:** Weekly individual trauma-centered psychotherapy to address symptoms of PTSD.

**Medication:** Aderall 20 mg, XR; Alprazolam .5 mg daily; Wellbutrin

Sincerely,

[signature]

Antonietta Delli Carpini, MA, LPC, RDT

# Exhibit G

Fully Paid Bills
Diagnostic Code:
F43.12

9/2023 through ?
Mr. Wall remains in treatment.

· Not all Bills represented here
· several cash payments
· several Zelle Payments

2025-14428-0001 7/3/2025 3:40 PM # 14968323
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit G (Public)
MontCo Prothonotary

Not All Bills shown
Therapy ongoing
all bills Paid

ANTONIETTA DELLI CARPINI, LPC
Licensed Professional Counselor
ADCwellness, LLC
Wayne, PA 19087
ADelliCarpiniWellness@
gmail.com
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | [signature] 10/6/2023 |

| | |
|---|---|
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 9/13/23 | 90834 | Individual psychotherapy, 45 minutes | $175.00 |
| 9/20/23 | 90834 | | $175.00 |
| 9/27/23 | 90834 | | $175.00 |
| 10/4/23 | 90834 | | $175.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Charges: | $700 |
| | | Total Payment: | $700 |
| | | Amount Due: | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

Place of Service: 11
Location of Service: office
Telephone Number: 610-283-5025
Servicing Provider Name: Antonietta Delli Carpini, LPC
National Provider Identifier: 1760738116
PA Professional Counselor License #: PC012270
Tax Identification Number: EIN 88 2460852
Signature and Date: [signature] 5/2/2024

Name of Patient: Anthony Wall
Patient's Date of Birth: 12/24/1956
Patient's ICD-10 Diagnosis Code: F43.12

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| (A) ~~10/24/2024~~ | | | |
| 4/10/2024 | 90834 | Ind. psychotherapy 50 mins. | $180.00 |
| 4/17/2024 | ↓ | ↓ | $180.00 |
| 4/24/2024 | | | $180.00 |
| 5/2/2024 | | | $180.00 |

Total Charges: 720.00
Total Payment: 720.00
Amount Due: Ø

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | Office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | [signature] - - 4/28/2025 |

| | |
|---|---|
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diag... | ...3.12 |

Paid Bills

| Date | | Description | Charges |
|---|---|---|---|
| 7/3/2024 | | | $175.00 |
| 7/3/2024 | | ...vidual | |
| 7/10/2024 | | ...othx, | |
| 7/10/2024 | | ...5 | |
| 8/28/2024 | | minutes | |
| 8/28/2024 | | | |
| 9/11/2024 | | | |
| 9/11/2024 | | | |
| | | **Total Charges:** | $1,400 |
| | | **Total Payment:** | $1,400 |
| | | **Amount Due:** | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | ADelliCarpini - 4/28/2025 |
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 9/25/2024 | 90834 | Individual psychothp, 45 minutes | $175.00 |
| 9/25/2024 | ↓ | | ↓ |
| 10/9/2024 | | | |
| 10/9/2024 | | | |
| 10/23/2024 | | | |
| 10/23/2024 | | | |
| 11/20/2024 | | | |
| 11/20/2024 | | | |
| | | **Total Charges:** | $1,400 |
| | | **Total Payment:** | $1,400 |
| | | **Amount Due:** | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | ADellicarp 4/28/2025 |
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F31.81 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 12/4/2024 | 90834 | Individual psychotherapy 45 minutes | $175.00 |
| 12/4/2024 | ↓ | | ↓ |
| 1/15/2025 | | | |
| 1/15/2025 | | | |
| 1/29/2025 | | | |
| 1/29/2025 | | | |
| 2/11/2025 | | | |
| 2/11/2025 | | | |
| | | **Total Charges:** | $1,400 |
| | | **Total Payment:** | $1,400 |
| | | **Amount Due:** | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | ADelliCarp - 4/28/2025 |

| | |
|---|---|
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 5/15/2024 | 90837 | | $185.00 |
| 5/22/2024 | ↓ | Individual | ↓ |
| 5/29/2024 | ↓ | psychothx, | ↓ |
| 6/5/2024 | ↓ | 60 | ↓ |
| 6/12/2024 | ↓ | minutes | ↓ |
| 6/24/2024 | ↓ | | ↓ |
| 8/21/2024 | ↓ | | ↓ |
| 9/4/2024 | ↓ | | ↓ |
| | | **Total Charges:** | $1,480 |
| | | **Total Payment:** | $1,480 |
| | | **Amount Due:** | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

**Antonietta Delli Carpini, LPC.**
**Licensed Professional Counselor**
ADC Wellness, LLC
150 S. Warner Road Suite 130
King of Prussia, PA 19406
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | ADelliCarp - 4/28/2025 |
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 5/15/2024 | 90837 | Individual psychotx, 60 minutes | $185.00 |
| 5/22/2024 | ↓ | | ↓ |
| 5/29/2024 | | | |
| 6/5/2024 | | | |
| 6/12/2024 | | | |
| 6/24/2024 | | | |
| 8/21/2024 | | | |
| 9/4/2024 | | | |
| | | **Total Charges:** | $1,480 |
| | | **Total Payment:** | $1,480 |
| | | **Amount Due:** | Ø |

*****PATIENT HAS PAID BALANCE IN FULL*****
**Antonietta Delli Carpini, LPC, is NOT an insurance provider for this claim.Please provide payment directly to the patient.**

ANTONIETTA DELLI CARPINI, LPC
Licensed Professional Counselor
ADCwellness, LLC
Wayne, PA 19087
ADelliCarpiniWellness@
gmail.com
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | [signature] 1/30/24 |

| | |
|---|---|
| Name of Patient: | Anthony Will |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 10/11/23 | 90834 | Ind. psychotherapy 45 min | $175 |
| 10/24/23 | ↓ | Ind. psychotherapy, 60 min | $185.00 |
| 11/1/23 | | ↓ | $185.00 |
| 11/15/23 | | | $185.00 |
| 11/22/23 | | | $185.00 |
| 11/29/23 | | | $185.00 |
| 12/4/23 | | | $185.00 |
| 12/6/23 | ↓ | ↓ | $185.00 |
| | | Total Charges: | $1470 |
| | | Total Payment: | $1470 |
| | | Amount Due: | Ø |

***PATIENT HAS PAID BALANCE IN FULL***
Antonietta Delli Carpini, LPC is NOT an insurance provider for this claim. Please provide payment directly to the patient.

ANTONIETTA DELLI CARPINI, LPC
Licensed Professional Counselor
ADCwellness, LLC
Wayne, PA 19087
ADelliCarpiniWellness@
gmail.com
(203) 654-9072

| | |
|---|---|
| Place of Service: | 11 |
| Location of Service: | office |
| Telephone Number: | 610-283-5025 |
| Servicing Provider Name: | Antonietta Delli Carpini, LPC |
| National Provider Identifier: | 1760738116 |
| PA Professional Counselor License #: | PC012270 |
| Tax Identification Number: | EIN 88-2460852 |
| Signature and Date: | A Delli Carpini 1/30/24 |

| | |
|---|---|
| Name of Patient: | Anthony Wall |
| Patient's Date of Birth: | 12/24/1956 |
| Patient's ICD-10 Diagnosis Code: | F43.12 |

| Date | CPT4 Code | Description | Charges |
|---|---|---|---|
| 10/11/'23 | 90834 | Ind. psychoth., 45 min | $175 |
| 10/24/'23 | ↓ | Ind. psychoth., 50 min | $185.00 |
| 11/1/'23 | | ↓ | $185.00 |
| 11/15/'23 | | | $185.00 |
| 11/22/'23 | | | $185.00 |
| 11/29/'23 | | | $185.00 |
| 12/4/'23 | | | $185.00 |
| 12/6/'23 | | | $185.00 |
| | | Total Charges: | $1470 |
| | | Total Payment: | $1470 |
| | | Amount Due: | Ø |

***PATIENT HAS PAID BALANCE IN FULL***
Antonietta Delli Carpini, LPC is NOT an insurance provider for this claim.Please provide payment directly to the patient.

# EXHIBIT H

① Plaintiff named "Crime Victim" 14 months later.
② Plaintiff's non-profit efforts were short-circuited in full. PTSD rendered Plaintiff unable to function, unable to earn a living

2025-14428-0001 7/3/2025 3:40 PM # 14968324
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit H (Public)
MontCo Prothonotary

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

# Summary Trial Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-25 |
| MDJ Name: | Honorable James P. Gallagher |
| Address: | 128 West Fourth Street<br>Bridgeport, PA 19405 |
| Telephone: | 610-277-3377 |

Commonwealth of Pennsylvania
v.
Shane Cannon

Anthony Wall
140 Ivy Ln
Ste 2
King Of Prussia, PA 19406

Docket No: MJ-38125-NT-0000414-2024
Case Filed: 7/24/2024

Comp/Cit #: R34787104

Your Role: Crime Victim

| Charge(s) | |
|---|---|
| 18 § 5503 §§ A1 (Lead) | Disorderly Conduct Engage In Fighting |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| Date: **Monday, September 9, 2024** | Place: Magisterial District Court 38-1-25, Bridgeport<br>128 West Fourth Street<br>Bridgeport, PA 19405<br>610-277-3377 |
| Time: **3:30 PM** | |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.

July 24, 2024
Date

James P. Gallagher
Magisterial District Judge James P. Gallagher

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at https://ujsportal.pacourts.us/PAePayFCR to make a payment.

MDJS 308
Printed: 07/24/2024 3:06:03PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
610-277-3377

IRS
**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

NOESIS INC
140 IVY LANE SUITE 2
KING OF PRUSSIA, PA 19406

NO Donations
18 months

**Date:**
10/24/2024
**Employer ID number:**
84-2178499
**Person to contact:**
Name: M Collins
ID number: 3364079
Telephone: 877-829-5500
**Accounting period ending:**
December 31
**Public charity status:**
170(b)(1)(A)(vi)
**Form 990 / 990-EZ / 990-N required:**
Yes
**Effective date of exemption:**
May 15, 2023
**Contribution deductibility:**
Yes
**Addendum applies:**
No
**DLN:**
26053691006874

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

Based on the information you submitted with your application, we approved your request for reinstatement under Revenue Procedure 2014-11. Your effective date of exemption, as listed at the top of this letter, is retroactive to your date of revocation.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

**Letter 947 (Rev. 2-2020)**
Catalog Number 35152P

# Exhibit I

Symptoms Inventory

2025-14428-0001 7/3/2025 3:40 PM # 14968325
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit I (Public)
MontCo Prothonotary

Outlook

## Technical and Legal Issues/PTSD

**From** tony noesisproject.com <tony@noesisproject.com>
**Date** Mon 11/4/2024 5:49 PM
**To** Antonietta Delli Carpini <adellicarpiniwellness@gmail.com> PTSD Therapist

Antonietta. Thank you for isolating and accenting the issues that pertain to a **random event** that occurred in May of 2023. Thank you for caring about me, above all.

I stress the two words above--**random event**. I view the Target event as having occurred randomly. My actions were correct and appropriate. The emotional aftermath was not foreseeable.

We've spoken about my difficulty in seeking compensation for anything. To combat that, I've chosen to list the symptoms of Chronic Post Traumatic Stress Disorder, and comment briefly on their impact in my case. You can compare my individual interpretation with yours. I believe they will closely align.

I request that you initiate contact with my primary physician, **Joe McAllister**, of Jefferson Health Group. Joe will describe the severity of Bi-Polar II symptoms that I suffered for 30 years. (The time that you use to consult with others is billable time. I understand this).

Please consider:

Seven percent of the population develops PTSD. I thought it was much prevalent than that. I never considered PTSD therapy until others who work with me reported worsening symptoms. A 3-month delay between the event and contacting you is apparently normal.

**AVOIDANCE SYMPTOMS**

I dare not enter any Target store, for fear of being detained and arrested. I was ordered to never return to the store.

**AROUSAL/REACTIVITY SYMPTOMS**

- Easily startled; hyper-vigilance began immediately. Weapon acquired.
- Concentration/focus issues were already evident (Adult ADD).
- Tax-exemption restoral required 18 months; major financial hardship.
- Angry and aggressive outbursts became severe. They remain severe, but isolated to very few. No violent actions of any kind.
- Risky behavior; elevation of medication via alcohol consumption

**COGNITION/MOOD**

Negative thoughts. ("I don't want to live in this world." "I can't do this anymore."

Exaggerated blame. ("I am full of anger; I want to hurt those who hurt me, but I cannot. Exaggerated frustration inability to "hit back' debilitating).

Negative emotion. Fear/Anger

Loss of Interest in previous activities. Lack of desire to continue with activities are constant and severe.

Feelings of social isolation. "I feel so ALONE!!" This is a daily concern.

Difficulty feeling satisfaction (Hope/Hopeless extremes). Friendships interrupted due to isolation.

**AGGRAVATING FACTORS**

Childhood Divorce (8 years old).

Social Support = ZERO. I was blamed, charged, expelled and abandoned by attorney.

Personal History of Mental Illness and Stigma. Multiple Bi-Polar II depression bouts. Medications for 40 years straight. Fear of losing everything--AGAIN).

**RESILIENCE FACTORS**

Ongoing PTSD Treatment.

We will discuss these issues in session. I believe that I describe them in responsible terms. I also believe that I'm missing several clinical issues due to lack of training.

I will pay by Wednesday, November 6. I will be there on November 6 @ 4:00 PM

Thank you.

Tony

**Anthony A. Wall, Jr.**
**Founder & President**

NOĒSIS

140 Ivy Ln Suite 2
King of Prussia, PA 19406
484-674-7401
https://noesisproject.com

# EXHIBIT J

- Plaintiff denied PTSD symptoms at first
- Plaintiff's professional associates warned of advancing symptoms in writing

2025-14428-0001 7/3/2025 3:40 PM # 14968326
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit J (Public)
MontCo Prothonotary

Omm
Media

PR
10/23/2024 letter from
Cindy Metzler, Pres.
See p. 2

To Whom it May Concern:

I hope this letter finds you well, and I appreciate the opportunity to serve as a character witness for my dear friend and respected colleague, Anthony A. Wall, Jr. I write to offer insights into Anthony's character and the significant impact that the unfortunate incident at Target has had on his personal and professional life.

I have known Anthony for several years, both on a personal and professional level. His dedication to humanitarian causes and his unwavering commitment to his non-profit organization, Noēsis, have been nothing short of inspiring. I've had the privilege of witnessing the positive changes he has brought about in the community and the lives of many.

However, the incident at Target has had profound repercussions on Anthony's life. It is with a heavy heart that I report the setbacks he has faced in the wake of this traumatic experience. This incident, which resulted in threats to his safety, left Anthony deeply affected, and he has exhibited signs of Post-Traumatic Stress Disorder (PTSD) in its aftermath. My father is a Vietnam veteran so I have a keen understanding of PTSD and the damages it can cause to an individual's mental health.

Professionally, Anthony's work with Noēsis, which addresses human sustainability issues has faced substantial challenges. His mental health struggles have hindered his ability to continue his remarkable contributions effectively. The incident occurred at a critical juncture when he was actively engaged in his book launch for Noēsis, a timeframe that required his full participation and leadership.

It's essential to highlight that Anthony's actions during the incident were not only reasonable but potentially heroic. His instinct to protect not only himself but also other shoppers and employees demonstrates his commitment to the safety and well-being of those around him. He acted decisively in a highly unpredictable and dangerous situation.

In the aftermath, the treatment he received from Target security personnel was, unfortunately, less than ideal. The unfair accusations he faced only exacerbated the distress of the situation, leaving him and others in continued danger. Anthony's reputation as a responsible and upstanding member of the community was put at risk, which is deeply concerning.

Given the events that unfolded, I wholeheartedly support his request for justice and vindication. It is my belief and understanding that the evidence, including the store's CCTV footage and eyewitness accounts, corroborate Anthony's claims and will shed light on the actual sequence of events. As a character witness and someone who knows him both personally and professionally, I can vouch for his honesty and integrity.

I kindly request the court's understanding and empathy for the emotional and psychological toll this incident has taken on Anthony. His mental health struggles should not be

overlooked, and it is my hope that the court takes this into account when making any decisions related to this matter.

Furthermore, it is essential to recognize that Anthony's work with Noēsis, as well as his broader contributions to the community, are invaluable. Any negative consequences stemming from this incident have implications that extend far beyond his personal life. The community and the global entities he serves would undoubtedly suffer a loss if he were to continue to have mental health struggles.

In conclusion, I stand by Anthony's side as a dedicated friend and colleague, and I am hopeful he can overcome the challenges posed by this incident. His resilience, integrity, and dedication to humanitarian causes remain unwavering. I hope the court takes these aspects into consideration while seeking a just and compassionate resolution.

Thank you for your attention to this matter.

Sincerely,

Cindy Metzler
President
Omm Media
561-271-1389

GREATEST OF ALL TIME
Goat
SOCIAL MEDIA

To whom it may concern,

I am writing to provide a personal account of the challenges that Tony Wall has been facing over the past several months. I hope that this letter can help shed light on the circumstances he has endured, which have had a profound impact on his well-being, professional life, and ability to contribute to our nonprofit's efforts.

In my capacity as the social media manager within Tony's marketing team, I have had the privilege of witnessing his dedication, creativity, and exceptional skills for quite some time. Unfortunately, I have also observed a significant decline in Tony's mental and emotional well-being following a violent and troubling incident that took place at a Target store in King of Prussia at the end of May.

The incident left Tony traumatized and suffering from symptoms of Post-Traumatic Stress Disorder (PTSD). He has been grappling with distressing flashbacks, anxiety, and a noticeable change in his overall demeanor. It is apparent that he is struggling to cope with the traumatic memories of the event, which have profoundly impacted his daily life, work, and interpersonal relationships.

One of the most tangible consequences of this incident has been the adverse effect it has had on Tony's ability to perform effectively on the nonprofit's mission of Noesis. One particular instance where this decline became evident was during the crucial execution of a book launch we were working on together. Due to the severe emotional distress he was experiencing, he found it increasingly challenging to meet deadlines and fulfill his responsibilities. The incident has left him emotionally drained and struggling to find the inspiration and energy needed to contribute effectively to our team's efforts.

We kindly request that the circumstances described herein are taken into consideration when assessing Tony's work performance and professional challenges. Tony's

GREATEST OF ALL TIME Goat SOCIAL MEDIA

well-being, mental health, and his future are matters of great concern for us and the nonprofit organization. We hope that the appropriate support and accommodations can be provided to help him regain his confidence, productivity, and ultimately achieve success in his role.

Please feel free to reach out to me directly if you require any additional information or if you believe there is any way we can further assist in addressing Tony's situation. We remain committed to supporting Tony through his difficult journey toward recovery and ensuring that he can continue to make a valuable contribution to our marketing team in the future.

Sincerely,

Kassie Meiler
*Director of GOAT Social Media Communications*
kmeiler@goatsocialmedia.com

# Exhibit K

- Plaintiff's Small Business (SBA) Loan in DEFAULT, November 2024.
- Target event-related multiple, diverse symptoms.
- Plaintiff failing, personally and professionally.

2025-14428-0001 7/3/2025 3:40 PM # 14968327
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit K (Public)
MontCo Prothonotary

Outlook

**Immediate Action Required: Resolve Your COVID-19 Economic Injury Disaster Loan (COVID EIDL) Today**

From Small Business Administration <smallbusinessadministration@campaigncreator.sba.gov>
Date Fri 12/13/2024 12:18 PM

December 2024

$178,000 EIDL Loan in Default!

Event, Related

Dear COVID-19 EIDL Borrower,

This letter serves as an official communication from the U.S. Small Business Administration (SBA). We're reaching out to you directly with an urgent update about your COVID-19 EIDL. **Your loan has now been referred to the U.S. Treasury Offset Program (TOP) due to overdue payments.** This is a serious matter that requires your immediate attention.

**Your Loan Status: Immediate Action Needed**
Continuing in payment default can further damage your credit, make you ineligible for future federal aid, and trigger tax return offsets and wage garnishment.

**Take Advantage of the Hardship Accommodation Plan (HAP)**
SBA has expanded eligibility for the Hardship Accommodation Plan (HAP) to support businesses like yours. HAP offers a lifeline with drastically reduced payments—starting at just 10% of your usual payment amount or as low as $25 a month for six months, with the option to extend. This plan is designed to ease your burden without the need to pay back all overdue amounts upfront.

**Critical Next Steps**
You do not need to pay a third-party business as the SBA is here as your first and best resource. You can contact us for no-cost risk free support to help you every step of the way.

To begin repayment and to apply for HAP, please log in to your MySBA Loan Portal immediately. If you have questions or need to discuss your HAP eligibility further, reach out to us without delay.

If you have an existing recurring payment established, please make sure to update your recurring payment to reflect the new HAP amount.

**Update Your Contact Information**
You are required to keep your contact information updated with SBA. To update your email address, phone number and/or mailing address, please call SBA at 833-853-5638.

For additional assistance: Phone: 833-853-5638 (TTY:711) Email: COVIDEIDLServicing@sba.gov

This communication is not intended as an attempt to collect a debt, or as an act to collect, assess, or recover all or any portion of a debt, from any individual or business protected under the United States Bankruptcy Code. SBA, however, reserves its legal rights with respect to any business that has not also filed for bankruptcy.

**U.S. Small Business Administration**
409 3rd St, SW. Washington DC 20416
www.sba.gov

*All SBA programs and services are provided on a nondiscriminatory basis. Reasonable accommodations will be made if requested at least two weeks in advance.*

# Exhibit L

August 2023 Visit w/ Doctor
September 2024 Visit

- Adjustment Disorder diagnosed 8/2023
- Existing disorders in remission
- Remission Degraded by Target Event

2025-14428-0001 7/3/2025 3:40 PM # 14968328
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit L (Public)
MontCo Prothonotary

Name: Anthony A Wall | DOB: 12/24/1956 | MRN: 402032199 | PCP: Joseph C McAllister, MD | Legal Name: Anthony A Wall

# August 7 appointment

*2023*

*☆ Petitioner, Mr Wall, reported symptoms within one month*

Participants: Joseph McAllister, MD

---

Load older messages

Joseph McAllister, MD 06/29/2023, 10:12 AM ☆

I can sniff around and get you in in July Tony

You 07/7/2023, 5:27 PM

Joe:

That would be great. Let there be no mystery.

I was approached in a Target store by a young man, who was attempting a Tik Tok prank. He picked on the wrong guy. I had to fight for my life. Everyone involved agrees with that, including the Police! Everything is Ok. Horrific story--one that will greatly interest you.

There is residual emotional blowback. Hyper-vigilant, hyper-emotional, occasional crying. PTSD was recently suggested. The symptoms are aligned almost precisely. I can't BUY a therapist.

I'm fine. No need to worry. With my schedule exploding, it's a weight that must be addressed. TW

*Event symptoms*

Joseph McAllister, MD 07/11/2023, 2:19 PM

Tony afraid to hear the details of this but glad to hear sounds like all ended well

☆ You 07/11/2023, 6:15 PM

I control my schedule for now. It means that I can get in there on short notice. Example. If something opened up on a Friday, and I was informed Thursday, I'd make it happen.

All medications fall under you. That's why I report this to you. Let me know. TW

*See p. 2*

You 07/15/2023, 5:11 PM

Joe:

Please consider these symptoms. The following concerns began to manifest after a May 24 incident at a Target Superstore in King of Prussia, Pa. This highly documented event saw my life being threatened multiple times by a complete stranger, a deranged patron who was later detained. During this event, I legally and correctly defended myself. My actions were deemed correct and appropriate.

The following symptoms were delayed for several days. They then began to worsen. Consider:

--Sleep disturbance; increased irritability.
--Concentration/Focus difficulty. "Brain fog."
--Hyper-vigilance. A persistent "unsafe' feeling. Easily startled.
--Increased alcohol intake (3-4 alcohol drinks per week to ).
--Flashbacks; Reliving the Event; Guilt
--Avoidance Behavior; Increased isolation; Obligations rescheduled or postponed

7/15/2024 symptoms severe: No Therapists available

Online therapeutical services (Betterhelp.com) are not qualified to diagnose.

In the interest of truth, these concerns are not debilitating, but they are wholly unresolved. I was randomly and suddenly placed into physical danger. I was forced to neutralize a dangerously violent stranger, the aftermath of which left me badly shaken.

With these matters now recorded, my growing schedule must be somehow maintained, while a highly-stressed mental health system navigates explosive demand amid shrinking capacity. You have done everything you CAN do to accomodate me. I will see you soon.

A. A. Wall, Jr.
610-283-5025

You cannot reply to this conversation. It is too old to be replied to.

By July 15, 2023, Petitioner was fully symptomatic, unable to find therapist.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# AFTER VISIT SUMMARY

**Anthony A. Wall** DoB: 12/24/1956

8/3/2023 11:30 PM Abington Plaza Medical Associates 215-491-5057

Fax: 215-491-5607

Jefferson Health.

## Instructions from Joseph C McAllister, MD

Your medications have changed today

**See your updated medication list for details.**

## Today's Visit

You saw Joseph C McAllister, MD on Thursday August 3, 2023. The following issues were addressed:

- Adjustment reaction *fully symptomatic,*
- Mood problem ★
- Attention-deficit hyperactivity disorder, other type ★
- High blood pressure
- High cholesterol or triglycerides

*August 3, 2024*
*"Adjustment Reaction"*
*" mood & attention" complicati*

| | | | |
|---|---|---|---|
| Blood Pressure 124/82 | BMI 30.34 | Weight 30 lb | Height 6' 1" |
| Pulse 73 | Oxygen Saturation 98% | | |

## Recommended Care

*★ – Physician will testify that pre-existing conditions were in Full Remission 10-15 yea.*

| | Date Due |
|---|---|
| Hepatitis C Screening | Never done |
| Colorectal Cancer Screening | 08/04/2018 |
| Zoster Vaccines (2 of 2) | 09/30/2020 |
| COVID-19 Vaccine (3 - Moderna series) | 07/19/2021 |
| Pneumococcal immunization (65+) (1 - PCV) | Never done |
| Medicare Annual Wellness Visit | Never done |
| Influenza Vaccine (1) | 10/01/2023 |
| Prostate Cancer Screening | 03/23/2024 |

## Outpatient Care Team

| | | |
|---|---|---|
| **Joseph C McAllister, MD** | PCP - General | 215-481-6180 |

1235 Old York Rd STE 113 Abington PA 19001

# AFTER VISIT SUMMARY

Jefferson Health.

**Anthony A. Wall** DoB: 12/24/1956 9/18/2024 10:00 AM Jefferson Internal Medicine Blue Bell 215-491-5057
Fax: 215-491-5607

## Instructions from Joseph McAllister, MD

Your medications have changed today
**See your updated medication list for details.**

## Today's Visit

You saw Joseph McAllister, MD on Wednesday September 18, 2024. The following issues were addressed:

- Adjustment reaction Failure to Recover to Former Level of Efficacy.
- Mood problem
- Dry mouth
- Vitamin B12 deficiency
- High cholesterol or triglycerides
- Encounter for Medicare annual wellness exam
- High blood pressure

13 months Later
Failure to Recover

| | | | |
|---|---|---|---|
| Blood Pressure 128/86 | BMI 30.61 | Weight 232 lb | Height 6' 1" |
| Pulse 78 | Oxygen Saturation 98% | | |

## Recommended Care

| | Date Due |
|---|---|
| Hepatitis C Screening | Never done |
| Colorectal Cancer Screening | 08/04/2018 |
| Zoster Vaccines (2 of 2) | 09/30/2020 |
| Pneumococcal immunization (65+) (1 of 1 - PCV) | Never done |
| Prostate Cancer Screening | 03/23/2024 |
| Medicare Annual Wellness Visit | 09/18/2025 |

## Outpatient Care Team

**Joseph C McAllister, MD** PCP - General 215-481-6180
1235 Old York Rd STE 113 Abington PA 19001

Current Outpatient Medications:
- ALPRAZolam (XANAX) 0.5 mg tablet, Take 1 tablet (0.5 mg total) by mouth 4 (four) times a day., Disp: 120 tablet, Rfl: 5
- amphetamine-dextroamphetamine XR (ADDERALL XR) 20 mg 24 hr capsule, Take 2 capsules (40 mg total) by mouth every morning., Disp: 60 capsule, Rfl: 0
- buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING, Disp: 90 tablet, Rfl: 0
- mecobalamin, vitamin B12, 1,000 mcg tablet,disintegrating, Place 1 tablet (1,000 mcg total) under the tongue every morning., Disp: , Rfl:
- QUEtiapine XR (SEROquel XR) 300 mg 24 hr tablet, Take 1 tablet (300 mg total) by mouth daily., Disp: 90 tablet, Rfl: 0
- amphetamine-dextroamphetamine XR (ADDERALL XR) 20 mg 24 hr capsule, Take 1 capsule (20 mg total) by mouth 2 (two) times a day., Disp: 60 capsule, Rfl: 0
- QUEtiapine XR (SEROquel XR) 300 mg 24 hr tablet, TAKE ONE TABLET BY MOUTH ONE TIME DAILY, Disp: 90 tablet, Rfl: 0

Assessment/Plan

**Assessment / Plan**

1. **Attention-deficit hyperactivity disorder, other type (Primary)** → Exacerbated by PTSD

   Assessment & Plan:

   Patient is currently taking 20 mg of Adderall XR. He has been able to manage sx with the Adderall.

2. **Post-trauma response**

   Assessment & Plan: → Target Event

   Patient reports incident at the store where a young man came up to him and asked him to steal T.V. He says the young man threatened him with death. Patient notes that he called for security.

   Patient reports being viewed as the aggressor when he believes he was being threatened. He says video footage showed him hitting the young man which led to disorderly conduct.

   Patient says after the incident, he felt sx of anxiety. He recalls playing golf and experiencing high levels of sweat. Patient followed up with spiritual advisor. Patient inquired about intensive help to manage sx.

   Discussed with patient various resources to help manage the stress.

3. **Bipolar 2 disorder (CMS/HCC)** → Exasperbated by PTSD

   Assessment & Plan:

   Patient has a history of Bipolar II disorder. He recalls his first onset at 20 years old. Patient says his home life is great.

   -Patient is currently on 300 mg Wellbutrin.

4. **HTN (hypertension), benign**

   Assessment & Plan:

   Patient's BP in the office is 124/82. Discussed in great detail hypertension. Discussed the need for avoiding salt, and exercise. Will continue to monitor medication and blood pressure closely. Patient is stable. Stay the course.

5. **Hyperlipidemia, unspecified hyperlipidemia type**

   Assessment & Plan:

   Last lipid panel was on 03/23/2023. Total cholesterol is 189 HDL is 52 LDL is 124

See p. 3
psychiatric diagnose exacerbated by event

# Office Visit - Aug 03, 2023

with Joseph McAllister, MD at Jefferson Internal Medicine Warrington

## Notes from Care Team

### Progress Notes

Still no therapist available

Joseph McAllister, MD at 8/3/2023 1:30 PM
Subjective

**Subjective**

Anthony A Wall is a 66 y.o. male presenting today for: Follow-up (Stress/anxiety- asking for resources/documentation)

History of Present Illness TARGET EVENT / Developing Concern

Patient reports incident at the store where a young man came up to him and asked him to steal T.V. He says the young man threatened him with death. Tony notes that he called for security. Again the young man threatened him and reached for something to strike him When Tony struck this man Knocking him to the ground

Patient reports being viewed as the aggressor when he believes he was being threatened. Police summoned He says video footage showed him hitting the young man which led to disorderly conduct. ← charges withdrawn by police

Patient says after the incident, he felt sx of anxiety. He recalls playing golf in an effort to distract him and experiencing high levels of anxiousness. Patient inquired about intensive help to manage sx.

Discussed with patient various resources to help manage the stress. Patient says he has been going to the gym. Patient is overall healthy and has been able to manage sx to some degree but having unexpected breakthroughs of PTSD

**Review of Systems**
See HPI.
CONST: Negative.
HENT: Negative.
EYES: Negative.
RESP: Negative.
CV: Negative.
GI: Negative.
ENDO: Negative.
GU: Negative.
MUSC/SKEL: Negative.

See p. 3

# Exhibit M

Sedgwick unaware of
14 month PTSD / Plaintiff Failure
Kevin Parkin belittles concern Yet Again

2025-14428-0001 7/3/2025 3:40 PM # 14968329
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit M (Public)
MontCo Prothonotary

Sedgwick Claims Management Services, Inc.
P O Box 14453
Lexington, KY 40512-4453

sedgwick.

Phone: (800)553-8723
Fax: (800)922-9165

November 21, 2024

Jason G. Donoghue, Sr., Attorney at Law
Law Offices of Donoghue & Picker
790 Penllyn Blue Bell Pike Suite 305
Blue Bell, PA 19422

| | | |
|---|---|---|
| Re: | Our Client: | Target Corporation |
| | Our Claim File: | 188476H0001 |
| | Date of Loss: | 05/24/2023 |
| | Your Client: | Anthony Wall |

Dear Mr. Donoghue:

Please be advised that I have been assigned the handling of the above captioned claim. We are in receipt of your letter of representation on behalf of Anthony Wall . Sedgwick Claims Management Services administers the General Liability Policy on behalf of Target Corporation. The policy does not contain a medical payment provision.

We have determined that this case does not meet the criteria for payment and therefore we must respectfully deny the claim. Target is only responsible for making payments on claims where there is negligence or wrongdoing on the part of the store. The mere happening of an occurrence within or upon the premises does not give rise to liability. ✱

If you have further information that you would like us to consider, please forward the same to my attention as soon as possible for review. Additionally, please feel free to contact me if you have any questions regarding the above.

Sincerely,

Kevin Parkin
Litigation Consultant
Target Corporation Guest Reporting Center
Phone: 800-553-8723 Ext. 32359
Fax: 800-922-9165
Kevin.Parkin@sedgwick.com

✱ But the serial mishandling of this event after the fact DOES GIVE RISE TO LIABILITY

File Number: 188476H0001
Target Guest Reporting Center | P.O. Box 14453 | Lexington, KY 40512-4453

This man's job is to "Deny Till you Die"

"False Charge"
"Lack of Protection"
"Prior knowledge of Assistant"
"Incident Buried"
"Customer suffered Severe PTSD"
"Customer still barred from"
"Plaintiff bankrupt."

*C0077228.342-1639*

# Exhibit N

- Petitioner could not respond to opportunity caused by best-selling book. Published 4/5/2023
  Target Event date 5/24/2023
- Petitioner was unable to function.

2025-14428-0001 7/3/2025 3:40 PM # 14968330
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit N (Public)
MontCo Prothonotary

(https://www.facebook.com/NoesisProject1) (https://instagram.com/noesis_project?utm_medium=copy_link) (https://twitter.com/noesisproject?s=21) (https://www.linkedin.com/company/noesis-project) (https://www.youtube.com/channel/UC1h-Qs C 9 Ljl- W 4n Uz Xd w) (https://www.tiktok.com/@noesisp on pr off t)

English

NOĒSIS (https://noesisproject.com/)

Best Seller #1

3 categories { - Ethics - Mathematics - Philosophy



(https://a.co/d/5wyZ8Yc)

Privacy - Terms

## DONATE

Tax Exemption Lost 18 months



Join Noēsis and get involved. We are available and approachable. We seek a global presence, to unite human beings under the now-forming banner of self-preservation.

Contact us directly, or donate to help us continue our mission.

DONATE (HTTPS://NOESISPROJECT.COM/DONATE/)

## BOOK TONY



The Founder of Noēsis, Anthony Wall, is very pleased to appear in any medium, to explain why Noēsis must exist now – and forever – so long as human beings walk this planet. Tony is available to speak at private, public or corporate events, or to appear on futuristic or science-based podcasts.

→ Petitioner could not respond.

LEARN MORE (HTTPS://NOESISPROJECT.COM/BOOK-TONY/)

## FACEBOOK

Noesis

Follow Page 14K followers

**Noesis**
about 2 months ago

To all of you professors, across the country, across the globe, across the universe. We openly BEG to be defeated.

(ht
(ht tps

# Exhibit O

- Personal Ruin
- Non Profit Ruin

} Event-Related Severe PTSD/ Complications

2025-14428-0001 7/3/2025 3:40 PM # 14968331
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit O (Public)
MontCo Prothonotary

EXHIBIT 01



CHASE for BUSINESS®

Printed from Chase for Business

PERSONAL

Bank accounts

TOTAL CHECKING (...5110)

$3.76
Available balance

Net Worth 6/23/2025

$3.76
Present balance

Transfer money

More

Pending approvals (0)

External accounts

Link your external accounts to better organize your money, budget and plan for the future.

Link account

EXHIBIT O2



CHASE for BUSINESS®

Printed from Chase for Business

NOESIS, INC — non profit

**Bank accounts**

BUS COMPLETE CHK (...3111) >

Non-Profit collapsed / Target Event related

Transfer money | More

**$122.76**
Available balance

$122.76
Present balance

$0.00
Available credit

**Credit cards**

Ink Unlimited (...4279) >

credit card maxed

Pay card | More

**$7,942.83**
Current balance

Details

Jul 2, 2025
Payment due date

$236.00
Minimum payment due

$7,942.83
Last statement balance

$57.17
Available credit

Pending approvals (0)

EXHIBIT O[3]

Experian

October 2024 739




April 2025 579

## See what's changed

Credit Score Down 160 pts over 6mo

Financial risk

# Exhibit P

Explosive Growth
Derailed
by Target Event

2025-14428-0001 7/3/2025 3:40 PM # 14968332
Rcpt#Z4945745 Fee:$0.00 Complaint In
Exhibit P (Public)
MontCo Prothonotary

1:34 5G 77%

Noesis 9+




# Noesis

**14K** likes • **14K followers**

social media growth Discontinued July 2023, all Followers remain. Mr. Wall could not respond.



Non-Profit Organization, Dedicated to Human Sustainability, to Slow and Arrest Human Degradation.